# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| GAMING ENTERTAINMENT TOUCH TECH, <br><br>Plaintiff(s), <br><br>v. <br><br>OHIO CASUALTY INSURANCE CO., et al., <br><br>Defendant(s). | Case No. 2:20-CV-908 JCM (EJY) <br><br>ORDER |

Presently before the court is Melissa M. D'Alelio's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 10).

On September 4, 2020, petitioner filed a verified petition for permission to practice pro hac vice. (ECF No. 10). The petition is defective. It does not designate a "resident member of the bar of this court as co-counsel." LR IA 11-2(d). The designated Nevada counsel has a Phoenix, Arizona address. (ECF No. 10 at 4). Therefore, the court will deny petitioner's verified petition. LR IA 11-2(h).

Petitioner shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED September 14, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**