FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

Amy M. Samberg (NV Bar No. 10212)
asamberg@fgppr.com
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099

Lee H. Gorlin (NV Bar No. 13879)
lgorlin@fgppr.com
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099

ROBINS KAPLAN LLP
Melissa M. D'Alelio (*pro hac vice* pending)
MDAlelio@RobinsKaplan.com
Lauren J. Coppola (*pro hac vice* pending)
LCoppola@RobinsKaplan.com
800 Boylston Street, Suite 2500
Boston, Massachusetts  02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GAMING ENTERTAINMENT TOUCH TECH,<br><br>Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY, OHIO SECURITY INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:20-cv-00908-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS OHIO CASUALTY INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY; TO WITHDRAW THE PENDING MOTION TO DISMISS (ECF No. 7); TO WAIVE SERVICE ON BEHALF OF OHIO SECURITY INSURANCE COMPANY;  TO PERMIT PLAINTIFF FOR FILE A SECOND AMENDED COMPLAINT; AND TO ALLOW 60 DAYS FOR OHIO SECURITY INSURANCE COMPANY TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Gaming Entertainment Touch Tech ("Plaintiff") and Defendants Ohio Casualty Insurance Company, Ohio Security Insurance Company and Liberty Mutual Insurance Company (collectively, "Defendants") (Plaintiff and Defendants together referred to as "Parties"), by and through their respective counsel, stipulate and agree as follows:

## RECITALS

1. WHEREAS, on May 20, 2020, Plaintiff initiated this action. (*See* ECF No. 1).

2. WHEREAS, on May 22, 2020, the Plaintiff filed a First Amended Complaint ("FAC"). (*See* ECF No. 6).

3. WHEREAS, on August 21, 2020, Defendants filed a Motion to Dismiss for failure to serve the FAC and case initiation documents. (*See* ECF No. 7).

4. WHEREAS, on September 14, 2020, Plaintiff filed an Affidavit of Service. (*See* ECF Doc. 12) and Defendants contest proper service was effectuated.

5. WHEREAS, the Parties have conferred and agreed that Defendants will withdraw their Motion to Dismiss (ECF No. 7).

6. WHEREAS, the Parties further agree that Plaintiff will file a Notice Of Dismissal pursuant to FRCP 41(a)(1)(A)(i) of two of the named Defendants: Ohio Casualty Insurance Company and Liberty Mutual Insurance Company.

7. WHEREAS, the Parties agree that Plaintiff will file a Second Amended Complaint within 10 days of the date of the Court's approval of this Stipulation.

8. WHEREAS, the Parties further agree that Defendant Ohio Casualty Insurance Company will waive service of the Second Amended Complaint pursuant to FRCP 4(d).

9. WHEREAS, the Parties further agree that Defendant Ohio Security Insurance Company will have 60 days from the date of the filing of the  Second Amended Complaint to file a response pursuant to FRCP 4(d)(3).

10. WHEREAS, this is the Parties' first request for any extension of time.

## STIPULATION

THEREFORE, based on the foregoing Recitals, and subject to the Court's approval, the Parties stipulate and agree as follows:

1.      Defendants hereby withdraw their Motion to Dismiss (ECF No. 7).

2.      Plaintiff will file a Notice Of Dismissal pursuant to FRCP 41(a)(1)(A)(i) of two of the named Defendants: Ohio Casualty Insurance Company and Liberty Mutual Insurance Company.

3.      Plaintiff will file a Second Amended Complaint within 10 days of the date of the Court's approval of this Stipulation.

4.      Defendant Ohio Security Insurance Company will waive service of the Second Amended Complaint pursuant to FRCP 4(d).

5.      The deadline for Defendant Ohio Security Insurance Company to file a response to the Second Amended Complaint shall be 60 days, pursuant to FRCP 4(d)(3), to commence on the date that Plaintiff files the Second Amended Complaint.

Dated: September 22, 2020

KEMP JONES, LLP

By: /s/ **Will Kemp**
Will Kemp, Esq.

GOLOMB & HONIK, P.C.
Kenneth J. Grunfeld, Esq.

*Attorneys for Plaintiff*

Dated: September 22, 2020

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: /s/ **Lee H. Gorlin**
Amy M. Samberg, Esq.
Lee H. Gorlin, Esq.

ROBINS KAPLAN LLP
Melissa M. D'Alelio, Esq.
Lauren J. Coppola, Esq.

*Attorneys for Defendants*

IT IS SO ORDERED.

Date: September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
BOSTON

- 3 -

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS OHIO CASUALTY INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY; TO WITHDRAW THE PENDING MOTION TO DISMISS (ECF No. 7); TO WAIVE SERVICE ON BEHALF OF OHIO SECURITY INSURANCE COMPANY;  TO PERMIT PLAINTIFF FOR FILE A SECOND AMENDED COMPLAINT; AND TO ALLOW 60 DAYS FOR OHIO SECURITY INSURANCE COMPANY TO RESPOND TO THE SECOND  AMENDED COMPLAINT (First Request)** was served by submitting the same to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Dated: September 22, 2020.

*/s/ Jennifer Parsons*
An Employee of Foran Glennon

Robins Kaplan LLP
Attorneys at Law
Boston

- 4 -