FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
Amy M. Samberg (NV Bar No. 10212)
asamberg@fgppr.com
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099

Lee H. Gorlin (NV Bar No. 13879)
lgorlin@fgppr.com
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099

ROBINS KAPLAN LLP
Melissa M. D'Alelio (*pro hac vice*)
MDAlelio@RobinsKaplan.com
Lauren J. Coppola (*pro hac vice*)
LCoppola@RobinsKaplan.com
800 Boylston Street, Suite 2500
Boston, Massachusetts  02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

Attorneys for Defendant
Ohio Security Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GAMING ENTERTAINMENT TOUCH TECH,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00908-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OHIO SECURITY INSURANCE COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Gaming Entertainment Touch Tech ("Plaintiff") and Defendant Ohio Security Insurance Company ("Defendant") (Plaintiff and Defendant together referred to as "Parties"), by and through their respective counsel, stipulate and agree to allow Defendant an additional 60 days to respond to Plaintiff's Second Amended Complaint.

On September 25, 2020, the Court entered its Order granting the parties' prior stipulation pertaining to Defendant withdrawing its Motion to Dismiss the First Amended Complaint, Plaintiff dismissing the erroneously named defendants, Plaintiff filing a Second Amended Complaint, and Defendant agreeing to waive service pursuant to FRCP 4(d).  (ECF No. 22).  Plaintiff filed its Second Amended Complaint on October 5, 2020. (ECF No. 25).  Thus, pursuant to FRCP 4(d), the current deadline for Defendant to respond to the Second Amended Complaint is December 4, 2020. This is the parties' first request to extend the time for Defendant to respond to the Second Amended Complaint.

The parties stipulate and agree that an extension of time will enable the Defendant time to respond to the Second Amended Complaint considering the demands of other active cases, as well as client and attorney case schedules due to the holiday and the continued COVID-19 pandemic.

Accordingly, the parties stipulate and agree that there is good cause to allow Defendant an additional 60 days to respond to the Second Amended Complaint.  Defendant's Response shall be due on February 2, 2021.

Dated: November 10, 2020

KEMP JONES, LLP

By: /s/ **Will Kemp**
Will Kemp, Esq.

GOLOMB & HONIK, P.C.
Kenneth J. Grunfeld, Esq.

*Attorneys for Plaintiff*

Dated: November 10, 2020

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: /s/ **Lee H. Gorlin**
Amy M. Samberg, Esq.
Lee H. Gorlin, Esq.

ROBINS KAPLAN LLP
Melissa M. D'Alelio, Esq.
Lauren J. Coppola, Esq.

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 10, 2020