FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
Amy M. Samberg (NV Bar No. 10212)
asamberg@fgppr.com
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099

Lee H. Gorlin (NV Bar No. 13879)
lgorlin@fgppr.com
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099

ROBINS KAPLAN LLP
Melissa M. D'Alelio (*pro hac vice*)
MDAlelio@RobinsKaplan.com
Lauren J. Coppola (*pro hac vice*)
LCoppola@RobinsKaplan.com
800 Boylston Street, Suite 2500
Boston, Massachusetts  02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

Attorneys for Defendant
Ohio Security Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GAMING ENTERTAINMENT TOUCH TECH,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00908-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OHIO SECURITY INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF No. 29)**<br><br>**FIRST REQUEST** |

Plaintiff Gaming Entertainment Touch Tech ("Plaintiff") and Defendant Ohio Security Insurance Company ("Defendant") (Plaintiff and Defendant together referred to as "Parties"), by and through their respective counsel, stipulate and agree to allow Defendant an additional 14 days to file and serve a Reply in support of its Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 29).

On February 2, 2021, Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 29). On February 16, 2021, Plaintiff filed its Response in Opposition to Defendant's Motion. (ECF No. 32). Pursuant to Local Rule 7-2(b), the deadline to file Defendant's Reply in Support of its Motion is February 23, 2021 (seven days after filing of the Response), unless the court orders otherwise. The parties have conferred and are agreeable to allow Defendant an additional fourteen (14) days to file its Reply, moving the due date to March 2, 2021.

The parties stipulate and agree that an extension of time will enable the Defendant time to fully reply to Defendants' Response considering the demands of other active cases. Accordingly, the parties stipulate and agree that there is good cause to allow Defendant an additional 14 days to file its Reply in support of its Motion to Dismiss. Defendant's Reply shall be due on March 2, 2020.

Dated: February 18, 2021

LEVIN SEDRAN & BERMAN, L.L.P.

By: /s/ *Daniel C. Levin*
Daniel C. Levin, Esq.

GOLOMB & HONIK, P.C.
Richard M. Golomb, Esq.
Kenneth J. Grunfeld, Esq.

KEMP, JONES & COULTHARD, LLP
Will Kemp, Esq.

*Attorneys for Plaintiff*

Dated: February 17, 2021

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: /s/ *Lee H. Gorlin*
Amy M. Samberg, Esq.
Lee H. Gorlin, Esq.

ROBINS KAPLAN LLP
Melissa M. D'Alelio, Esq.
Lauren J. Coppola, Esq.

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2021

- 2 -

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR OHIO SECURITY INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF No. 29) (FIRST REQUEST)** was served by submitting the same to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Dated: February 18, 2021.

                                        */s/ Regina Brouse*
                                        An Employee of Foran Glennon