UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAMING ENTERTAINMENT TOUCH TECH,<br><br>*Plaintiff*,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>*Defendant*. | Case No.: 2:20-cv-00908-JCM-EJY |

**PLAINTIFF'S NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gaming Entertainment Touch Tech, hereby dismisses all claims in this matter with prejudice with each side bearing its own costs.

| | |
|---|---|
| Dated: April 27, 2022 | Respectfully submitted, |
| */s/ Daniel C. Levin*<br>Daniel Levin, Esq.<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>Telephone: (215) 592-1500<br>dlevin@lfsblaw.com<br><br>Will Kemp, Esquire<br>**KEMP, JONES & COULTHARD, LLP**<br>Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: 702-385-6000<br>Facsimile: 702-385-6001<br>wkemp6000@gmail.com | /s/ *Lee H. Gorlin*<br>Lee H. Gorlin<br>Amy M. Samberg<br>**CLYDE & CO US LLP**<br>7251 West Lake Mead Boulevard, Suite 430<br>Las Vegas, Nevada 89128<br>Telephone: (725) 248-2900<br>Facsimile: (725) 248-2907<br>lee.gorlin@clydeco.us<br>amy.samberg@clydeco.us<br><br>[*Signature block continued on next page*] |

[*Signature block continued on next page*]

Richard M. Golomb, Esq.
Kenneth J. Grunfeld, Esq.
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

Aaron Rihn, Esq.
**ROBERT PIERCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229
Facsimile: (412) 281-4229

W. Daniel "Dee" Miles, III, Esq.
Rachel N. Boyd, Esq.
Paul W. Evans, Esq.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

*Counsel for Plaintiff*

Melissa M. D'Alelio (admitted *pro hac vice*)
Lauren J. Coppola (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
MDAlelio@RobinsKaplan.com
LCoppola@RobinsKaplan.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading has been served upon all counsel of record via the Court's electronic notification system on this 27th day of April, 2022.

/s/ *Daniel C. Levin*
DANIEL C. LEVIN